■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RIVERA, Appellant. [706 NYS2d 876] —Judgment, Supreme Court, Bronx County (Robert Cohen, J.), rendered October 31, 1997, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility. Concur—Nardelli, J. P., Tom, Ellerin, Lerner and Andrias, JJ.